AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| MUSAFFA LLC and MUSAFFA, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-10464 |
| MARUF YUSUPOV | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiffs Musaffa LLC and Musaffa, Inc.

Date: December 7, 2023

/s/ Peter C. Dee
*Attorney's signature*

Peter Dee    PD9798
*Printed name and bar number*

Mavronicolas Law Group
1430 Broadway, Suite 1508
New York, NY 10018

*Address*

pdee@mavrolaw.com
*E-mail address*

646.700.1256
*Telephone number*

866.774.9005
*FAX number*