UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Musaffa LLC, et al.,<br><br>      Plaintiffs,<br><br> -against-<br><br>Maruf Yusupov, et al.,<br><br>      Defendants. | 23-CV-10464 (ALC)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  By Order of Reference dated December 18, 2023 (ECF 9), Judge Andrew L. Carter, Jr referred this case to Magistrate Judge Stewart D. Aaron for General Pretrial which includes settlement. On December 19, 2023, that referral was reassigned to me.

  A settlement conference is scheduled for **Wednesday, February 21, 2024 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **February 7, 2024**. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Wednesday, February 14, 2024, at 5:00 p.m**.

  Corporate parties must send the person with decision-making authority to settle the matter to the conference.

  If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:   February 5, 2024             SO ORDERED.
      New York, NY

                             **ROBYN F. TARNOFSKY**
                             United States Magistrate Judge