UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUSAFFA LLC, et al.,<br><br>                     Plaintiffs,<br><br>  -against-<br><br>MARUF YUSUPOV,<br><br>                     Defendant. | 23-CV-10464 (ALC)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A settlement conference was scheduled for February 21, 2024**.** Due to parties' request, it is now rescheduled to **Friday, April 19, 2024 at 2:00 p.m** to be held through video conference. The Courtroom Deputy will email the conference details. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Friday, April 12, 2024, at 5:00 p.m**.

      Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED:  February 12, 2024
            New York, NY

SO ORDERED.

*/s/ Robyn F. Tarnofsky*
**ROBYN F. TARNOFSKY**
United States Magistrate Judge