

21st Floor
1251 Avenue of the Americas
New York, New York 10020

**John M. Magliery**
2126036444 tel
2123795212 fax

Johnmagliery@dwt.com

February 26, 2024

**By ECF**

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

Re:   *Musaffa LLC et al v. Yusupov*
       Case no. 1:23-cv-10464-ALC-RFT

Dear Judge Tarnofsky:

This firm has just been retained as substitute counsel to Plaintiffs Musaffa, Inc and Musaffa LLC (collectively, "**Musaffa**") in the above-referenced action. Musaffa filed a substitution of counsel form earlier today. Dkt. 21. In light of the substitution, and because the pleadings are not yet closed in this matter, we respectfully request a brief extension of the deadlines in the current Scheduling Order (Dkt. 15) to allow time for incoming counsel to familiarize itself with this matter and to conduct discovery tailored to matters in controversy in the pleadings. We propose the following amended discovery deadlines:

| Activity | Original Date | New Proposed Date |
| --- | --- | --- |
| Initial discovery requests | February 14, 2024 | March 8, 2024 |
| Initial interrogatories | February 21, 2024 | March 15, 2024 |
| Responses to discovery requests and production of documents | March 14, 2024 | April 15, 2024 |
| Completion of fact depositions | April 14, 2024 | May 32, 2024 |
| Completion of all fact discovery | May 23, 2024 | May 31, 2024 |
| Service of expert reports | None provided | June 21, 2024 |
| Service of rebuttal reports, if any | None provided | July 12, 2024 |
| Expert depositions | July 15, 2024 | August 2, 2024 |

2

Musaffa does not seek to adjourn the upcoming Settlement Conference scheduled for April 19, 2024.  *See* Dkt. 19.  The timing of the settlement conference also suggests that the parties may wish to complete document discovery but not to invest time and resources in depositions until the parties determine if the settlement conference is fruitful.

This is the first request for an extension of time.  Defendant consents to this request.

We are grateful for the Court's attention to this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

John M. Magliery

cc: All Counsel of Record (by ECF)

2

4880-5037-9688v.1 0050033-004843