```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUSAFFA LLC et al.,

                    Plaintiffs,

-against-

MARUF YUSUPOV,

                    Defendant.

23-CV-10464 (MMG)

**NOTICE OF REASSIGNMENT & ORDER**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the previous order referring the case to the Magistrate Judge for general pretrial supervision. See Dkt. No. 9. All orders, deadlines, and dates issued by Magistrate Judge Tarnofsky likewise remain in effect, and applications related to those deadlines should continue to be directed to Magistrate Judge Tarnofsky.

    All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett. Parties are directed to Rule II(B)(9) of the Individual Rules regarding the conduct of the case following the close of fact discovery.

    Additionally, it is hereby ORDERED that counsel for all parties shall appear for a post-fact discovery conference with the Court on **Wednesday, June 26, 2024, at 11:00 a.m.** The conference will be held before Judge Garnett in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

Dated: March 11, 2024
       New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge